Case 1:25-cv-09836 Document #: 13-1 Filed: 10/19/25 Page 1 of 3 PageID #:325

# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

|  |  |  |
|---|---|---|
| **Tyasia Price** | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 25 CV 9836 |
| v. | ) ) ) | |
| Deauntre L. Williams, Evelyn Lopez and Marcus T. Williams | ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Evelyn Lopez
2752 N. Sawyer Avenue, Apt 3
Chicago Illinois 60647

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Grant Blumenthal
Blumenthal Law Group PC
77 West Wacker Drive Suite 4500
Chicago Illinois 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

August 19, 2025

DATE

Case 1:25-cv-09835 Document #: 13 Filed: 10/19/23 Page 2 of 3 PageID #:216

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❯ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❯ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❯ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❯ I returned the summons unexecuted because _____ ; or

❯ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **25 CV 9836**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Evelyn Lopez**
was recieved by me on  **10/15/2025:**

☒    I personally served the summons on the individual at **2752 N Sawyer Ave, Apt. 3, CHICAGO, IL 60647** on **10/16/2025 at 9:24 AM**; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐     I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   10/16/2025

_____
*Server's signature*

**Arnaud Adjovi**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Evelyn Lopez with identity confirmed by subject nodding when named. The individual tried to refuse service by not opening door and stated subject is not a resident (documents left, seen by subject). The individual appeared to be a black-haired black female contact 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs with an accent.**



Tracking #: **0190988468**
