**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TYASIA PRICE, )
                Plaintiff, )
v. )      Case No. 25 cv 9836
)
DEAUTRE L SHIELDS, EVELYN LOPEZ, )
And MARCUS T. WILLIAMS )
              Defendants. )

## <u>MOTION OF DANIEL G AUSTIN TO WITHDRAW AS COUNSEL</u>

Daniel G. Austin of AUSTIN LAW GROUP, LLC pursuant to Local Rule 83.17, respectfully moves to withdraw as counsel for Defendant MARCUS T. WILLIAMS and states as follows:

1. Daniel G. Austin of AUSTIN LAW GROUP, LLC (hereinafter "Counsel") filed appearance as counsel for Defendant in this matter.

2. Counsel has recently come to believe that they cannot continue to represent Defendant consistent with Counsel's obligations under the applicable rules of professional conduct and this Court's rules. *See* L.R. 83.50; ABA Model Rules of Professional Conduct R. 1.16; Illinois Rules of Professional Conduct R. 1.16. Counsel therefore respectfully seeks leave to withdraw as counsel of record for Defendant in the above-captioned matter.

3. Counsel has notified Defendant in advance of filing this Motion of the intention to seek to withdraw and has served Defendant with a copy of this Motion.

4. Because Defendant will need new counsel for the instant action, Counsel respectfully request the Court:

    a. extend any and all applicable deadlines in this matter and

    b. stay all proceedings for thirty (30) days to allow Defendant sufficient time to seek to obtain new counsel.

5. Until leave to withdraw is granted, Counsel will continue to act as Defendant's attorneys in this matter.

6. Should leave to withdraw be granted, Counsel will take all reasonable steps to avoid prejudicing Defendant's rights, including transferring all files and related materials to which Defendant is entitled to Defendant's new counsel or to Defendant himself.

WHEREFORE, Counsel respectfully request that the Court grant leave to Daniel G. Austin of AUSTIN LAW GROUP, LLC to withdraw as counsel of record for Defendant MARCUS T. WILLIAMS and that the Court extend all applicable deadlines in this matter and stay the proceedings for thirty (30) days to allow Defendant sufficient time to seek to obtain new counsel. Dated this 9th day of June 2026.

Respectfully submitted,

**MARCUS T. WILLIAMS**

 /s/ *Daniel G. Austin*
 One of his attorneys

Daniel G. Austin
AUSTIN LAW GROUP, LLC
15 Salt Creek Lane
Suite 322
Hinsdale, Illinois 60521
Telephone: (312) 829-2300
Email: austinlawgroup@outlook.com

2