**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TYASIA PRICE,

     Plaintiff,

v.

DEAUNTRE L. SHIELDS, EVELYN
LOPEZ, and MARCUS T. WILLIAMS,

     Defendants.

Case No. 25 CV 9836

JURY DEMAND

<u>CERTIFICATE OF SERVICE</u>

- Plaintiff's Interrogatories to all Defendants
- Plaintiff's Notice of Depositions to all Defendants
- Plaintiff's Document Requests (originally issued November 21, 2025)

The undersigned, an attorney, certifies that he caused the foregoing documents to be sent to the following persons on June 18, 2026, via email and US Mail at the postal addresses and email addresses indicated below:

Marcus T. Williams
1510 Clearwater Drive
Wheeling, Illinois
marco_12love@icloud.com

Deauntre Shields
1849 S. Springfield Avenue, Floor 1
Chicago, Illinois 60623
shieldsdeauntre@gmail.com

Evelyn Lopez
2752 N. Sawyer, Apt 35
Chicago Illinois 60647
evileve978@gmail.com

                                                */s/ Grant Blumenthal*
                                                Grant Blumenthal

CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on this 18th day of June, 2026, he

electronically filed the foregoing document with the U.S. District Court. Notice will

automatically be electronically mailed to all individuals who are registered with the U.S. District

Court CM/ECF System.  The undersigned also sent a copy via US Mail and email to the

following addressees:

Marcus T. Williams
1510 Clearwater Drive
Wheeling, Illinois
marco_12love@icloud.com

Deauntre Shields
1849 S. Springfield Avenue, Floor 1
Chicago, Illinois 60623
shieldsdeauntre@gmail.com

Evelyn Lopez
2752 N. Sawyer, Apt 35
Chicago Illinois 60647
evileve978@gmail.com


*s/ Grant Blumenthal*