**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TYASIA PRICE,

    Plaintiff,

v.

DEAUNTRE L. SHIELDS, EVELYN
LOPEZ, and MARCUS T. WILLIAMS,

    Defendants.

Case No. 25 CV 9836

JURY DEMAND

To: The Clerk For the Northern District of Illinois

**PLAINTIFF'S SECOND MOTION FOR ENTRY OF DEFAULT**
**PURSUANT TO FEDERAL OF CIVIL PROCEDURE 55**

Plaintiff, Tyasia Price, by and through her attorneys, Blumenthal Law Group PC, hereby requests entry of an order of default against Deauntre L. Shields for failure to file an appearance, plead or otherwise defend in this action in a timely manner:

1. Defendant <u>Shields</u> was served on 9/26/25. Dkt. 17.

2. Defendant Shields neither filed an appearance nor any response to the original action.

3. On 9/29/25, Plaintiff filed her First Amended Complaint. Dkt. 15.

4. On 9/29/25, notice of the filing of Plaintiff's First Amended Complaint was served on Deauntre Shields via First Class Mail. Dkt. 16.

5. Defendant Shields never filed an appearance or any response to the Amended Complaint.

6. On 1/14/26, the Court denied Plaintiff's first motion for default. Dkt. 28.

1

7. On 1/14/26, the Court referred this matter to Magistrate Judge McNally for a settlement conference. Dkt. 28.

8. Mr. Shields participated in the settlement conference. (Dkt. 40).

9. Efforts to settle the matter were ultimately unsuccessful.

10. On 4/22/26, Judge McNally terminated the referral for settlement assistance. Dkt. 47.

11. On 6/16/26, the Court ordered Defendant Shields to file an appearance and answer before 6/26/26. Dkt. 53.

12. Mr. Shields did not file his appearance or answer by 6/26/26.

13. Plaintiff's counsel has asked Mr. Shields to file his appearance and response to the amended complaint multiple times by email including 7/6/26, 7/13/26, 7/18/26, 7/23/26, 8/3/26. See Exhibit A.

14. Plaintiff's counsel has unsuccessfully attempted to schedule a phone conference with Mr. Shields on 7/13/26, 7/18/26, 7/23/26. See Exhibit A.

15. Because Mr. Shields is pro se, some initial leeway is understandable.

16. However, we are now almost a year into this lawsuit and the parties are not yet at issue because of Mr. Shields failure or refusal to comply with rules and orders.

17. Mr. Shields' conduct is causing Plaintiff prejudice in the preparation of her case, and burdening her with additional legal fees.

18. Plaintiff submits that an order of default is appropriate at this time.

19. A proposed order for default is submitted herewith.

WHEREFORE, Plaintiff respectfully requests the entry of an order of default against Mr. Shields and that this matter be set for prove-up on damages.

Respectfully submitted:

*/s/ Grant Blumenthal*
Grant Blumenthal
Blumenthal Law Group PC
77 West Wacker Drive
Suite 4500
Chicago, Illinois 60601
(312) 981-5055
gblumenthal@blumenthal-law.com

*Attorneys for Plaintiff, Tyasia Price*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 4th day of August, 2026, I electronically filed the foregoing Plaintiff's Second Motion for Default with the U.S. District Court. Notice will automatically be electronically mailed to all individuals who are registered with the U.S. District Court CM/ECF System.  I further certify that I caused a copy of the Motion to be delivered via email to the following persons via email on the 4th day of August, 2026:  Deauntre Shields -- shieldsdeauntre@gmail.com; Evelyn Lopez -- evileve978@gmail.com.

<i>s/ Grant Blumenthal</i>

# EXHIBIT A



Good morning Mr. Shields and Ms. Lopez:

I have not received an appearance and answer from Mr. Shields.

Additionally, both of your answers to written discovery are due in 18 days. Can you please let me know your progress on preparing responses to the interrogatories and document requests?

Sincerely,

Grant Blumenthal

6

## RE: Price vs Williams , Shields and Lopez, 25 CV 9836 - WRITTEN A...

**Grant Blumenthal**
To  Duke; Eve lopez

7/13/2026

Mr. Shields,

Please let me know your availability for a telephone call tomorrow to discuss your appearance and answer.

**Grant Blumenthal**
*Attorney*

Blumenthal Law Group PC
77 West Wacker Drive
Suite 4500
Chicago, Illinois 60601
**Phone** (312) 981-5055

If you are not an intended recipient of confidential and privileged information in this email, please notify the sender immediately and destroy the email.

RE: Price vs Williams , Shields and Lopez, 25 CV 9836 - WRITTEN AND OR...



**Grant Blumenthal**
To 'Duke'; 'Eve lopez'

7/18/2026

Mr. Shields,

Please let me know your availability for a telephone call on Monday to discuss your appearance and answer.

**Grant Blumenthal**
*Attorney*

Blumenthal Law Group PC
77 West Wacker Drive
Suite 4500
Chicago, Illinois 60601
**Phone** (312) 981-5055

If you are not an intended recipient of confidential and privileged information in this email, please notify the sender immediately and destroy the email.

## RE: FW: Price vs Williams , Shields and Lopez, 25 CV 9836 - WRITTEN AND ...

 **Grant Blumenthal**
To  'Deauntre Shields'


7/23/2026

Mr. Shields,

I have still not received your answers to written discovery, your appearance or your answer.  I have requested a telephone conference with you to address your failure to comply.  Please let me know what time I can call you tomorrow to discuss the matter.  Unfortunately, if I don't hear from you today, I will have no choice but to file a motion for sanctions.  I would like to avoid having to take such action.

**Grant Blumenthal**
*Attorney*

Blumenthal Law Group PC
77 West Wacker Drive
Suite 4500
Chicago, Illinois 60601
**Phone**(312) 981-5055



## Price vs Shields

**Grant Blumenthal**
To  Deauntre Shields

10:56 AM

📄 26.6.18 Shields answers to interrogatories.pdf
210 KB

Mr. Shields,

This email confirms our discussion today.

1.  We have not received your appearance or answer
2.  Your interrogatory answers do not comply with rule 33 because you do not set out each answer separately in writing.  Nor are the answers signed.  The document you sent me contains digital images that cover up the text.  See attached.  Please send the documents to me as an ATTACHMENT not as a link.
3.  I have not received your answers to rule 34 document requests

I cannot proceed with your deposition until you comply with these requests.

Grant Blumenthal
*Attorney*